AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Montana

| | |
|---|---|
| MARCUS HENDRIK KAARMA, <br> *Plaintiff* <br> v. <br> JIM SALMONSEN, Warden, Montana State Prison, et al., <br> *Defendant* | ) ) ) ) ) ) | Civil Action No. 9:21-CV-0075-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: Petitioner's Petition for Writ of Habeas Corpus, Doc. 1, is DENIED. Any appeal taken by Petitioner of this matter would not be taken in good faith as he fails to make a substantial showing of the denial of a constitutional right. Accordingly, a certificate of appealability is DENIED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Thomas O. Rice on Petitioner's Writ of Habeas Corpus (ECF No. 1).

Date: March 8, 2022

TYLER P. GILMAN, CLERK OF COURT

*s/ Bridgette Fortenberry*
*Signature of Clerk or Deputy Clerk*